UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| DATA COOLING TECHNOLOGIES LLC, ) | |
| *et al.*,[1] ) | Case Nos. 17-52170 and 17-52177 |
| ) | (Request for Joint Administration |
| Debtors. ) | Pending) |
| ) | |
| ) | Judge Koschik |

## NOTICE OF HEARING ON FIRST DAY MOTIONS

**PLEASE TAKE NOTICE** that September 8, 2017, the above-captioned debtors and debtors in possession (collectively, the "Debtors") each filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code"), in the United States Bankruptcy Court for the Northern District of Ohio, Eastern Division. The Debtors are continuing in possession of their property and are operating and managing their business, as debtors in possession, pursuant to sections 1107 and 1108 of the Bankruptcy Code.

**PLEASE TAKE FURTHER NOTICE** that the Debtors will present the Motions set forth below at a hearing on **September 12, 2017 at 2:30 p.m.** (prevailing Eastern Time) before the Honorable Judge Alan M. Koschik for the United States Bankruptcy Court for the Northern District of Ohio, Eastern Division, located at the John F. Seiberling Federal Building & U.S. Courthouse, 2 South Main Street, Akron, Ohio 44308.

**First Day Motions**

1. Motion of Debtors for an Order (i) Directing Joint Administration of Cases; and (ii) Approving Caption for Jointly Administered Cases;

2. Motion of Debtors for an Order Granting Additional Time to File Schedules and Statements;

3. Motion of Debtors for an Order (i) Authorizing the Debtors to (a) Pay Certain Prepetition Employee Obligations and Related Claims and (b) Continue to Provide Employee Benefits in the Ordinary Course of Business and (ii) Granting Related Relief;

4. Motion of Debtors for an Order (i) Authorizing Continued Use of Existing Cash Management Systems; (ii) Authorizing Maintenance of Existing Bank Accounts; (iii) Authorizing Continued Use of Existing Business Forms; and (iv) Waiving Certain Investment and Deposit Requirements;

---

[1] The Debtors and the last four digits of each of the Debtors' tax identification numbers following in parentheses are: Data Cooling Technologies LLC (3425); and Data Cooling Technologies Canada LLC (0001).

{6962926:}

5. Motion of Debtors for an Order (i) Authorizing the Debtors to Pay Prepetition Trust Fund Taxes and (ii) Authorizing and Directing Financial Institutions to Honor and Process Checks and Transfers Related to Such Relief;

6. Motion of Debtors for Interim and Final Orders (i) Prohibiting Utilities from Altering, Refusing, or Discontinuing Services; (ii) Determining That Utilities are Adequately Assured of Payment; and (iii) Establishing Procedures for Determining Requests for Additional Assurance; and

7. Motion of Debtors for Interim and Final Orders Approving (i) Use of Cash Collateral and (ii) Providing Adequate Protection.

Copies of the above-referenced Motions can be obtained (a) through the United States Bankruptcy Court's Pacer System; (b) by contacting Debtors' counsel: (i) by email at mcarr@mcdonaldhopkins.com, (ii) by telephone at (216) 348-5785, or (iii) by facsimile at 216.348.5474.

September 8, 2017

Respectfully submitted,

/s/ Sean D. Malloy
Sean D. Malloy (0073157)
Michael J. Kaczka (0076548)
Maria G. Carr (0092412)
McDONALD HOPKINS LLC
600 Superior Avenue, E., Suite 2100
Cleveland, OH 44114
Telephone: (216) 348-5400
Facsimile: (216) 348-5474
E-mail: smalloy@mcdonaldhopkins.com
  mkaczka@mcdonaldhopkins.com
  mcarr@mcdonaldhopkins.com

PROPOSED COUNSEL FOR DEBTORS
AND DEBTORS IN POSSESSION