# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| DATA COOLING TECHNOLOGIES LLC, | ) |
| *et al.*,[1] | ) Case Nos. 17-52170 and 17-52177 |
| | ) (Request for Joint Administration |
| Debtors. | ) Pending) |
| | ) |
| | ) Judge Koschik |

## CERTIFICATE OF SERVICE

**PLEASE TAKE NOTICE** that the undersigned hereby certifies that a true and correct copy of the following documents were served via Federal Express or U.S. Express Mail on September 8, 2017 to the parties listed on Exhibit A attached hereto:

- Data Cooling Technologies LLC, Chapter 11 Voluntary Petition Package (Case No. 17-52170), Docket No. 1 (the "DCT Petition");
- Motion of Debtors for an Order (i) Directing Joint Administration of Cases; and (ii) Approving Caption for Jointly Administered Cases (the "Joint Administration Motion"), Docket No. 4 (filed in both Case Nos. 17-52170 and 17-52177);
- Motion of Debtors for an Order (i) Authorizing the Debtors to (a) Pay Certain Prepetition Employee Obligations and Related Claims and (b) Continue to Provide Employee Benefits in the Ordinary Course of Business and (ii) Granting Related Relief (the "Employee Wages Motion"), Docket No. 5;
- Motion of Debtors for an Order (i) Authorizing the Debtors to Pay Prepetition Trust Fund Taxes and (ii) Authorizing and Directing Financial Institutions to Honor and Process Checks and Transfers Related to Such Relief (the "Trust Fund Taxes Motion"), Docket No. 6;
- Motion of Debtors for Interim and Final Orders (i) Prohibiting Utilities from Altering, Refusing, or Discontinuing Services; (ii) Determining That Utilities are Adequately Assured of Payment; and (iii) Establishing Procedures for Determining Requests for Additional Assurance (the "Utilities Motion"), Docket No. 7;
- Motion of Debtors for an Order (i) Authorizing Continued Use of Existing Cash Management Systems; (ii) Authorizing Maintenance of Existing Bank Accounts; (iii) Authorizing Continued Use of Existing Business Forms; and (iv) Waiving Certain Investment and Deposit Requirements (the "Cash Management Motion"), Docket No. 8;

---

[1] The Debtors and the last four digits of each of the Debtors' tax identification numbers following in parentheses are: Data Cooling Technologies LLC (3425); and Data Cooling Technologies Canada LLC (3172).

{6963583:}

- Motion of Debtors for an Order Granting Additional Time to File Schedules and Statements (the "Schedules Extension Motion"), Docket No. 9;
- Motion of Debtors for Interim and Final Orders Approving (i) Use of Cash Collateral and (ii) Providing Adequate Protection (the "Cash Collateral Motion"), Docket No. 10;
- Declaration of Gregory Gyllstrom in Support of Chapter 11 Petitions and First Day Motions (the "Gyllstrom Declaration"), Docket No. 11;
- Motion of Debtors for an Order Scheduling Expedited Hearing to Consider First Day Motions and Approving Form and Manner of Notice Thereof (the "Expedited Hearing Motion"), Docket No. 12;
- Order Scheduling Expedited Hearing to Consider First Day Motions and Approving Form and Manner of Notice (the "Order Scheduling Expedited Hearing"), Docket No. 13; and
- Notice of Hearing on First Day Motions (the "First Day Hearing Notice"), Docket No. 14.

**PLEASE TAKE FURTHER NOTICE** that the undersigned hereby certifies that a true and correct copy of the following documents were served via Federal Express or U.S. Express Mail on September 8, 2017 to the parties listed on Exhibit B attached hereto.

- Data Cooling Technologies Canada LLC, Chapter 11 Voluntary Petition Package (Case No. 17-52177), Docket No. 1 (the "DCT Canada Petition");
- The Joint Administration Motion;
- The Employee Wages Motion;
- The Trust Fund Taxes Motion;
- The Utilities Motion;
- The Cash Management Motion;
- The Schedules Extension Motion
- The Cash Collateral Motion
- The Gyllstrom Declaration;
- The Expedited Hearing Motion;
- The Order Scheduling Expedited Hearing; and
- The First Day Hearing Notice.

**PLEASE TAKE FURTHER NOTICE** that the undersigned hereby certifies that a true and correct copy of the following documents were served via Federal Express or U.S. Express Mail on September 8, 2017 to the parties listed on Exhibit C attached hereto.

- The Utilities Motion;
- The Expedited Hearing Motion;
- The Order Scheduling Expedited Hearing; and

{6963583:}

- The First Day Hearing Notice.

**PLEASE TAKE FURTHER NOTICE** that the undersigned hereby certifies that a true and correct copy of the following documents were served via Federal Express or U.S. Express Mail on September 8, 2017 to the parties listed on <u>Exhibit D</u> attached hereto:

- The Trust Fund Taxes Motion;
- The Expedited Hearing Motion;
- The Order Scheduling Expedited Hearing; and
- The First Day Hearing Notice.

**PLEASE TAKE FURTHER NOTICE** that the undersigned hereby certifies that a true and correct copy of the following documents were served via Federal Express or U.S. Express Mail on September 8, 2017 to the parties listed on <u>Exhibit E</u> attached hereto:

- The Employee Wages Motion;
- The Expedited Hearing Motion;
- The Order Scheduling Expedited Hearing; and
- The First Day Hearing Notice.

**PLEASE TAKE FURTHER NOTICE** that the undersigned hereby certifies that a true and correct copy of the following documents were served via email to the parties listed on the attached <u>Exhibit F</u> on September 9, 2017:

- The DCT Petition;
- The DCT Canada Petition;
- The Joint Administration Motion;
- The Employee Wages Motion;
- The Trust Fund Taxes Motion;
- The Utilities Motion;
- The Cash Management Motion;
- The Schedules Extension Motion
- The Cash Collateral Motion
- The Gyllstrom Declaration;
- The Expedited Hearing Motion;
- The Order Scheduling Expedited Hearing; and
- The First Day Hearing Notice.

{6963583:}

**PLEASE TAKE FURTHER NOTICE** that the undersigned hereby certifies that a true and correct copy of the following documents were served via Federal Express or U.S. Express Mail on September 11, 2017 to the parties listed on <u>Exhibit G</u> attached hereto:

- Notice of Filing of Budget and Revised Proposed Interim Order Approving Motion of Debtors for Interim and Final Orders Approving (I) Use of Cash Collateral and (II) Providing Adequate Protection, Docket No. 17.

**PLEASE TAKE FURTHER NOTICE** that the undersigned hereby certifies that a true and correct copy of the following documents were served via email on September 11, 2017 to the parties listed on <u>Exhibit H</u> attached hereto:

- Notice of Filing of Budget and Revised Proposed Interim Order Approving Motion of Debtors for Interim and Final Orders Approving (I) Use of Cash Collateral and (II) Providing Adequate Protection, Docket No. 17.

**PLEASE TAKE FURTHER NOTICE** that the undersigned hereby certifies that a true and correct copy of the following documents were served via regular U.S. Mail on September 11, 2017 to the parties listed on <u>Exhibit I</u> attached hereto:

- Application of Debtors For Authority to Retain and Employ McDonald Hopkins LLC as Counsel for the Debtors, Nunc Pro Tunc to the Petition Date, Docket No. 21 (the "McDonald Hopkins Application");
- Application of Debtors for Order Authorizing and Approving Employment and Retention of Phoenix Management Services, LLC as Debtors' Financial Advisor, Nunc Pro Tunc to the Petition Date, Docket No. 22 (the "Phoenix Application");
- Application of Debtors for Authority to Retain and Employ Mansour Gavin LPA as Special Counsel for the Debtors, Nunc Pro Tunc to the Petition Date, Docket No. 23 (the "Mansour Gavin Application"); and
- Motion of Debtors for an Order Establishing Procedures for Interim Compensation and Reimbursement of Professionals, Docket No. 24 (the "Interim Compensation Motion").

**PLEASE TAKE FURTHER NOTICE** that the undersigned hereby certifies that a true and correct copy of the following documents were served via email to the parties listed on the on September 11, 2017 to the parties listed on <u>Exhibit J</u> attached hereto:

- The McDonald Hopkins Application;
- The Phoenix Application;

{6963583:}

- The Mansour Gavin Application; and
- The Interim Compensation Motion.

September 12, 2017                                      Respectfully submitted,

/s/ Sean D. Malloy
Sean D. Malloy (0073157)
Michael J. Kaczka (0076548)
Maria G. Carr (0092412)
McDONALD HOPKINS LLC
600 Superior Avenue, E., Suite 2100
Cleveland, OH 44114
Telephone:  (216) 348-5400
Facsimile:   (216) 348-5474
E-mail:  smalloy@mcdonaldhopkins.com
          mkaczka@mcdonaldhopkins.com
          mcarr@mcdonaldhopkins.com

PROPOSED COUNSEL FOR DEBTORS
AND DEBTORS IN POSSESSION

{6963583:}

# EXHIBIT A

{3613890:}

| NAME | ADDRESS1 | ADDRESS2 | ADDRESS | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|
| U.S. Bank Equipment Finance | 1310 Madrid Street | | | Marshall | MN | 56258 | |
| KeyBank National Association | 4910 Tiedeman Road | P. O. Box 6899 | 0145-527-0544 | Brooklyn | OH | 44144 | |
| KeyBank National Association | 127 Public Square | Key Center | | Cleveland | OH | 44114 | |
| Key Equipment Finance Inc | 1000 South McCaslin Blvd. | | | Superior | CO | 80027 | |
| NFAG Financial Services, Inc. | P.O. Box 35701 | | | Billings | MT | 59107 | |
| PNC Equipment Finance | 995 Dalton Avenue | | | Cincinnati | OH | 45203 | |
| OHIO DEPARTMENT OF JOB AND FAMILY SERVICES | 30 E. BROAD STREET, 32ND FLOOR | | | COLUMBUS | OH | 43215 | |
| OHIO DEPARTMENT OF JOB AND FAMILY SERVICES | REVENUE RECOVERY | PO BOX 182464 | | COLUMBUS | OH | 43218 | |
| OHIO DEPARTMENT OF TAXATION | PO BOX 16560 | | | COLUMBUS | OH | 43216 | |
| OHIO DEPARTMENT OF TAXATION | STATE INCOME TAX | | | COLUMBUS | OH | 43215 | |
| TREASURER STATE OF OHIO | PO BOX 1978 | | | COLUMBUS | OH | 43215 | |
| UNITED STATES ATTORNEY'S OFFICE | ATTN BANKRUPTCY SECTION | CARL B. STOKES UNITED STATES COURT HOUSE | 801 WEST SUPERIOR AVENUE, SUITE 400 | CLEVELAND | OH | 44113 | |
| US DEPARTMENT OF JUSTICE | ATTN CIVIL DIVISION | 930 PENNSYLVANIA AVE, NW / CIVIL TRIAL SECTION, NORTHERN REGION | P.O. BOX 55, BEN FRANKLIN STATION | WASHINGTON | DC | 20044 | |
| SECRETARY OF STATE | ATTN JON HUSTED | OHIO SECRETARY OF STATE | 180 EAST BROAD STREET, 16TH FLOOR | COLUMBUS | OH | 43215 | |
| SECRETARY OF TREASURY | ATTN JOSH MANDEL | STATE TREASURER OF OHIO | 30 E BROAD STREET 9TH FLOOR | COLUMBUS | OH | 43215 | |
| OFFICE OF THE UNITED STATES TRUSTEE | ATTN DANIEL M MCDERMOTT | REGION 9 | 205 SUPERIOR AVENUE EAST SUITE 441 | CLEVELAND | OH | 44114 | |
| ATTORNEY GENERAL OF THE UNITED STATES | MAIN JUSTICE BUILDING | 10TH & CONSTITUTION AVENUE, N.W. | | WASHINGTON | DC | 20530 | |
| AMER CUNNINGHAM CO LPA | ATTN RICHARD P SCHROETER JR ESQ | 159 SOUTH MAIN STREET | SUITE 1100 | AKRON | OH | 44308 | |
| A. MALACHI MIXON III | 3105 TOPPING LANE | | | HUNTING VALLEY | OH | 44022 | |
| A. MALACHI MIXON III | 3200 ROUNDWOOD DRIVE | | | CHAGRIN FALLS | OH | 44022 | |
| WILLIAM A. WEBER | 100 WEST SUMMIT | | | CHAGRIN FALLS | OH | 44022 | |
| WILLIAM H. WEBER | 995 CLAY STREET | | | CHAGRIN FALLS | OH | 44022 | |
| JULIE D. WEBER | 77 WEST COTTAGE | | | ASHLAND | OR | 97520 | |
| KATHRYN W. WHITE | 19 HEATH DRIVE | | | ASHLAND | OH | 44022 | |
| ELIZABETH A. MIXON | 17695 NORTH PARK LANE | | | BASKING RIDGE | NJ | 07920 | |
| A. MALACHI MIXON IV | 3462 ROUNDWOOD ROAD | | | CLEVELAND HTS | OH | 44118 | |
| MARTIN F. ELLIS | 1545 RIDDLE ROAD | | | HUNTING VALLEY | OH | 44022 | |
| MARK E. MANSOUR | 18910 STATION ROAD | | | CHAGRIN FALLS | OH | 44022 | |
| JOSEPH E. MICETIO | | | | COLUMBIA STA | OH | 44028 | |
| CURTIS L. TUGGLE, PARTNER | THOMPSON HINE LLP | 3990 KEY CENTER | 127 PUBLIC SQ | CLEVELAND | OH | 44114 | |
| Steven R. Block | Sterling Plaza | 5940 Sherry Lane, Suite 900 | | DALLAS | TX | 75225 | |
| KYOTOCOOLING NORTH AMERICA LLC | | 2651 NORTH HARWOOD | | DALLAS | TX | 75201 | |
| CAPITOL POWER SERVICE LLC | 2036 EXCHANGE STREET | | | ASHBURN | VA | 20147 | |
| RAE CORPORATION | P.O. BOX 1296 | | | PRYOR | OK | 74362-1206 | |
| TSS TECHNOLOGIES INC. | 8800 GLOBAL WAY | | | WEST CHESTER | OH | 45069 | |
| BROCK SOLUTIONS U.S. INC. | 88 ARDELT AVE | | | KITCHENER | ON | N2C 2C9 | CANADA |
| ABOVE AIR TECHNOLOGIES INC | 5179 MOUNTVILLE RD | | | FREDERICK | MD | 21703 | |
| STARR MANUFACTURING INC. | 4175 WARREN SHARON RD | | | VIENNA | OH | 44473 | |
| ZIEBELL, ABEGG | P.O. BOX 19971 | | | GREENSBORO | NC | 27419 | |
| HDT EXPEDITIONARY SYSTEMS INC. | 30500 AURORA ROAD | | | SOLON | OH | 44139 | |
| LANDSTAR RANGER, INC. | P.O. BOX 784293 | | | PHILADELPHIA | PA | 19178-4293 | |
| MARSAM METALFAB | 1870 ENTERPRISE PKWY | | | TWINSBURG | OH | 44087 | |
| COMPLETE ACCESS | 1345 RYAN ROAD | | | BUCKLEY | WA | 98321 | |
| COLMASTER CORPORATION | P.O. BOX 1764 | | | MEMPHIS | TN | 38101 | |
| WEAVER FAB & FINISHING | 1100 HOME AVE | | | AKRON | OH | 44310 | |
| AMERICAN EXPRESS | P.O. BOX 1270 | | | NEWARK | NJ | 07101-1270 | |
| TALLMADGE SPINNING & METAL | P.O. BOX 58 | | | TALLMADGE | OH | 44278-0058 | |
| SHEET METAL PRODUCTS CO | 3959 PINECONE DR | | | MENTOR | OH | 44060 | |
| AEROTEK INC | 7301 PARKWAY DR | | | HANOVER | MD | 21076 | |
| MODERN NIAGARA HVAC SERVICES INC. | 69 FLINT RD | | | TORONTO | ON | M3J 2T6 | CANADA |
| CEC FACILITIES GROUP LLC | P.O. BOX 155059 | | | FORT WORTH | TX | 76155 | |

# EXHIBIT B

{3613890:}

| NAME | ADDRESS1 | ADDRESS2 | ADDRESS3 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|
| ATTORNEY GENERAL OF THE UNITED STATES | MAIN JUSTICE BUILDING | 10TH & CONSTITUTION AVENUE, N.W. | | WASHINGTON | DC | 20530 | |
| ATTORNEY GENERAL OF THE UNITED STATES | U.S. DEPARTMENT OF JUSTICE TAX DIV | CIVIL TRIAL SECTION, NORTHERN REGION P.O. BOX 55, BEN FRANKLIN STATION | | WASHINGTON | DC | 20044 | |
| CHRIS FULTON | 215 PANDORA AVENUE | | | KITCHENER | ON | N2H 3E5 | CANADA |
| ELLISON HITT JV | 104 MIDDLEGATE ROAD | | | MISSISSAUGA | ON | N6A 4M6 | CANADA |
| OFFICE OF THE UNITED STATES TRUSTEE | ATTN: DANIEL M MCDERMOTT | STE 1000 | 201 SUPERIOR AVE. E., STE 441 | CLEVELAND | OH | 44114 | |
| OHIO DEPARTMENT OF JOB AND FAMILY SVCS | 30 E. BROAD STREET, 32ND FLOOR | REGION 9 | | COLUMBUS | OH | 43215 | |
| OHIO DEPARTMENT OF JOB AND FAMILY SVCS | REVENUE RECOVERY | | | COLUMBUS | OH | 43218 | |
| OHIO DEPARTMENT OF TAXATION | PO BOX 16560 | | | COLUMBUS | OH | 43216 | |
| OHIO DEPARTMENT OF TAXATION | STATE INCOME TAX | PO BOX 182404 | | COLUMBUS | OH | 43215 | |
| SECRETARY OF STATE | 30 BROAD STREET, 21ST FLOOR | | 180 EAST BROAD STREET, 16TH FL | COLUMBUS | OH | 43215 | |
| SECRETARY OF TREASURY | ATTN: JON HUSTED | OHIO SECRETARY OF STATE | | COLUMBUS | OH | 43215 | |
| TREASURER STATE OF OHIO | ATTN: JOSH MANDEL | STATE TREASURER OF OHIO | 30 E BROAD STREET 9TH FLOOR | COLUMBUS | OH | 43215 | |
| UNITED STATES ATTORNEY'S OFFICE | PO BOX 15278 | | | COLUMBUS | OH | 43215 | |
| | ATTN: BANKRUPTCY SECTION | CARL B. STOKES U.S. COURT HOUSE | 801 WEST SUPERIOR AVE., STE 400 | CLEVELAND | OH | 44113 | |
| URBACON | 80 VIA RENZO DRIVE | | | RICHMOND HILLS | ON | L4S 0B4 | CANADA |
| US DEPARTMENT OF JUSTICE | ATTN: CIVIL DIVISION | 950 PENNSYLVANIA AVE, NW | | WASHINGTON | DC | 20530 | |

# EXHIBIT C

{3613890:}

| NAME | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP |
|------|----------|----------|------|-------|-----|
| Ohio Edison | PO Box 3687 | | Akron | OH | 44309-3687 |
| Dominion Energy Ohio | PO Box 26225 | | Richmond | VA | 23260 |
| Gasearch LLC | 4991 Belmont Ave | | Youngstown | OH | 44505 |
| Portage County Water Resources | PO Box 812 | | Ravenna | OH | 44266 |
| Republic Services | PO Box 9001099 | | Louisville | KY | 40290-1099 |
| AT&T Mobility | PO Box 6463 | | Carol Stream | IL | 60197-6463 |
| DCT Telecom | PO Box 72549 | | Cleveland | OH | 44192-0002 |
| Washington Gas | PO Box 37747 | | Philadelphia | PA | 19101-5047 |
| NOVEC | PO Box 34795 | | Alexandria | VA | 22334-0795 |
| ComCast | PO Box 3005 | | Southeastern | PA | 19398-3005 |
| Bright House Networks | PO Box 31710 | | Tampa | FL | 33631-3710 |
| Waste Management | P O Box 150453 | | Atlanta | GA | 30348-5453 |
| Roth Investment Group | 8507 Sunstate Street | | Tampa | FL | 33634 |

# EXHIBIT D

{3613890:}

| NAME | ADDRESS2 | ADDRESS3 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|
| GST - London - Windsor TSO | 185 Ouellette Avenue | | Windsor | ON | N9A 4H7 | Canada |
| QST | C. P. 25500, Sucursale Terminus | | Quebec | QC | G1A 0A9 | Canada |
| Department of Finance and Administration | 1509 West 7th Street | | Little Rock | AR | 72201 | |
| Board of Equalization | PO Box 942879 | | Sacramento | CA | 94279-7072 | |
| Department of Revenue Services | 450 Columbus Blvd, Ste 1 | | Hartford | CT | 6103 | |
| Department of Revenue Services | 1101 4th Street, SW, Suite 270 | | West Washington | DC | 20024 | |
| Office Building | 820 North French St | | Wilmington | DE | 19801 | |
| Florida Department of Rev | P.O. Box 37372 | | Tallahassee | FL | 32315-7372 | |
| James R. Thompson Center - Concourse Level | 100 West Randolph Street | | Chicago | IL | 60601-3274 | |
| Indiana Department of Revenue | P.O. Box 7205 | | Indianapolis | IN | 46207-7205 | |
| Division of Sales and Use Tax. | Station 67  PO BOX 181 | | Frankfort | KY | 40602-0181 | |
| Louisiana Department of Revenue | Post Office Box 201 | | Baton Rouge | LA | 70821-0201 | |
| Massachusetts Department of Revenue | PO Box 9557 | | Boston | MA | 02114-9557 | |
| Comptroller of Maryland | 301 W. Preston St. | | Baltimore | MD | 21201-2395 | |
| Michigan Department of Treasury | | | Lansing | MI | 48922 | |
| Harry S Truman State Office Building | 301 West High Street | | Jefferson City | MO | 65101 | |
| N.J. Division of Taxation | P.O. Box 245 | | Trenton | NJ | 08695-0245 | |
| New York State Department of Taxation and Finance | W A Harriman Campus Building 9 | | Albany | NY | 12227 | |
| Ohio Department of Taxation | P.O. Box 530 | | Columbus | OH | 43216-0530 | |
| Pennsylvania Department of Revenue Strawberry Square | 11th Floor Strawberry Sq, | | Harrisburg | PA | 17128-0101 | |
| Texas Comptroller of Public Accounts | P.O. Box 13528, Capitol Station | | Austin | TX | 78711-3528 | |
| Virginia Tax Office of Customer Services | P.O. Box 1115 | | Richmond | VA | 23218-1115 | |
| Washington State Department of Revenue | PO Box 47476 | | Olympia | WA | 98504-7476 | |
| Canada Revenue Agency | Tax Centre | 1050 Notre Dame Avenue | Sudbury | ON | P3A 5C2 | Canada |

# EXHIBIT E

{3613890:}

| NAME | ADDDRESS1 | CITY/STATE/ZIP |
|---|---|---|
| Ohio Bureau of Workers' Comp | 30 W. Spring St., | Columbus, OH 43215-2256 |
| Travelers | One Tower Square | Hartford, CT 06183 |
| Oswald | 1100 Superior Avenue, Suite 1500 | Cleveland, OH 44114-1715 |

# EXHIBIT F

{3613890:}

Exhibit F

Maria Giannirakis: Maria.D.Giannirakis@usdoj.gov

Curtis Tuggle:  Curtis.Tuggle@thompsonhine.com

Steven Block: block@bgvllp.com

# EXHIBIT G

{3613890:}

| NAME | ADDRESS1 | ADDRESS2 | ADDRESS3 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|
| U.S. Bank Equipment Finance | 1310 Madrid Street | | | Marshall | MN | 56258 | |
| KeyBank National Association | 4910 Tiedemann Road | P. O. Box 6899 | | Brooklyn | OH | 44144 | |
| KeyBank National Association | 127 Public Square | Key Center | | Cleveland | OH | 44114 | |
| Key Equipment Finance Inc. | 1000 South McCaslin Blvd. | | | Superior | CO | 80027 | |
| NBMG Financial Services, Inc. | P.O. Box 35701 | | | Billings | MT | 59107 | |
| PNC Equipment Finance | 995 Dalton Avenue | | | Cincinnati | OH | 45203 | |
| OHIO DEPARTMENT OF JOB AND FAMILY SERVICES | 30 E. BROAD STREET, 32ND FLOOR | | | COLUMBUS | OH | 43215 | |
| OHIO DEPARTMENT OF JOB AND FAMILY SERVICES | REVENUE RECOVERY | PO BOX 182404 | | COLUMBUS | OH | 43218 | |
| OHIO DEPARTMENT OF TAXATION | PO BOX 16560 | | | COLUMBUS | OH | 43216 | |
| OHIO DEPARTMENT OF TAXATION | STATE INCOME TAX | 30 BROAD STREET, 21ST FLOOR | | COLUMBUS | OH | 43215 | |
| TREASURER, STATE OF OHIO | PO BOX 15278 | | | COLUMBUS | OH | 43215 | |
| UNITED STATES ATTORNEYS OFFICE | ATTN BANKRUPTCY SECTION | CARL B. STOKES UNITED STATES COURT HOUSE | 801 WEST SUPERIOR AVENUE, SUITE 400 | CLEVELAND | OH | 44113 | |
| US DEPARTMENT OF JUSTICE | ATTN CIVIL DIVISION | 950 PENNSYLVANIA AVE, NW | | WASHINGTON | DC | 20530 | |
| SECRETARY OF STATE | ATTN JON HUSTED | OHIO SECRETARY OF STATE | 180 EAST BROAD STREET, 16TH FLOOR | COLUMBUS | OH | 43215 | |
| SECRETARY OF THE TREASURY | ATTN JOSH MANDEL | STATE TREASURER OF OHIO | 30 E BROAD STREET 9TH FLOOR | COLUMBUS | OH | 43215 | |
| OFFICE OF THE UNITED STATES TRUSTEE | ATTN DANIEL M.MCDERMOTT | REGION 9 | 201 SUPERIOR AVENUE EAST SUITE 441 | CLEVELAND | OH | 44114 | |
| ATTORNEY GENERAL OF THE UNITED STATES | MAIN JUSTICE BUILDING | 10TH & CONSTITUTION AVENUE, N.W. | | WASHINGTON | DC | 20530 | |
| ATTORNEY GENERAL OF THE UNITED STATES | U.S. DEPARTMENT OF JUSTICE TAX DIVISION | CIVIL TRIAL SECTION, NORTHERN REGION | P.O. BOX 55, BEN FRANKLIN STATION | WASHINGTON | DC | 20044 | |
| AMER CUNNINGHAM CO LPA | ATTN RICHARD P SCHROETER JR ESQ | 159 SOUTH MAIN STREET | SUITE 1100 | AKRON | OH | 44308 | |
| A. MALACHI MIXON III | 3105 TOPPING LANE | | | HUNTING VALLE | OH | 44022 | |
| WILLIAM A. WEBER | 3200 ROUNDWOOD DRIVE | | | CHAGRIN FALLS | OH | 44022 | |
| WILLIAM H. WEBER | 100 WEST SUMMIT | | | CHAGRIN FALLS | OH | 44022 | |
| JULIE D. WEBER | 995 CLAY STREET | | | ASHLAND | OR | 97520 | |
| KATHRYN W. WHITE | 77 WEST COTTAGE | | | CHAGRIN FALLS | OH | 44022 | |
| ELIZABETH A. MIXON | 19 HEATH DRIVE | | | BASKING RIDGE | NJ | 07920 | |
| A. MALACHI MIXON IV | 1740 NORTH PARK LANE | | | CLEVELAND HTS | OH | 44118 | |
| MAXINE M. ELLIS | 3482 ROUNDWOOD ROAD | | | HUNTING VALLE | OH | 44022 | |
| MARK E. MANSOUR | 15465 RIDDLE ROAD | | | CHAGRIN FALLS | OH | 44022 | |
| JOSEPH E. MIKETO | 18910 STATION ROAD | | | COLUMBIA STAT | OH | 44028 | |
| CURTIS L. TUGGLE, PARTNER | THOMPSON HINE LLP | 3900 KEY CENTER | 127 PUBLIC SQ | CLEVELAND | OH | 44114 | |
| Steven R. Block | Sterling Plaza | 5949 Sherry Lane, Suite 900 | | DALLAS | TX | 75225 | |
| KYOTOCOOLING NORTH AMERICA LLC | ATTN: JOHN DROSSOS | 2651 NORTH HARWOOD | STE 360 | DALLAS | TX | 75201 | |
| CAPITOL POWER SERVICE LLC | 20165 EXCHANGE STREET | | | ASHBURN | VA | 20147 | |
| RAE CORPORATION | P.O. BOX 1206 | | | PRYOR | OK | 74362-1206 | |
| TSS TECHNOLOGIES INC. | 8800 GLOBAL WAY | | | WEST CHESTER | OH | 45069 | |
| BROCK SOLUTIONS U.S. INC. | 88 ARDELT AVE | | | KITCHENER | ON | N2C 2C9 | CANADA |
| ABOVE AIR TECHNOLOGIES LLC | 5179 MOUNTVILLE RD | | | FREDERICK | MD | 21703 | |
| STARZ MANUFACTURING INC. | 4175 WARREN SHARON RD | | | VIENNA | OH | 44473-9524 | |
| ZIEHL-ABEGG | P.O. BOX 19971 | | | GREENSBORO | NC | 27419 | |
| HDT TACTICAL SYSTEMS INC. | 30525 AURORA ROAD | | | SOLON | OH | 44139 | |
| LANDSTAR RANGER, INC. | P.O. BOX 784293 | | | PHILADELPHIA | PA | 19178-4293 | |
| MARSAM METALFAB | 1870 ENTERPRISE PKWY | | | TWINSBURG | OH | 44087 | |
| COMPLETE ACCESS | 1345 RYAN ROAD | | | BUCKLEY | WA | 98321 | |
| COILMASTER CORPORATION | P.O. BOX 1764 | | | MEMPHIS | TN | 38101 | |
| WEAVER FAB & FINISHING | 1100 HOME AVE | | | AKRON | OH | 44310 | |
| AMERICAN EXPRESS | P.O. BOX 1270 | | | NEWARK | NJ | 07101-1270 | |
| TALLMADGE SPINNING & METAL | P.O. BOX 58 | | | TALLMADGE | OH | 44278-0058 | |
| SHEET METAL PRODUCTS CO | 5950 PINECONE DR | | | MENTOR | OH | 44060 | |
| AEROTEK INC | 7301 PARKWAY DR | | | HANOVER | MD | 21076 | |
| MODERN NIAGARA HVAC SERVICES INC. | 695 FLINT RD | | | TORONTO | ON | M3J 2X7 | CANADA |
| CEC FACILITIES GROUP LLC | P.O. BOX 155039 | | | FORT WORTH | TX | 76155 | |

| NAME | ADDRESS1 | ADDRESS2 | ADDRESS3 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|
| ATTORNEY GENERAL OF THE UNITED STATES | MAIN JUSTICE BUILDING | 10TH & CONSTITUTION AVENUE, N.W. | | WASHINGTON | DC | 20530 | |
| ATTORNEY GENERAL OF THE UNITED STATES | U.S. DEPARTMENT OF JUSTICE TAX DIV | CIVIL TRIAL SECTION, NORTHERN REGION | P.O. BOX 55, BEN FRANKLIN STATION | WASHINGTON | DC | 20044 | |
| CHRIS FULTON | 215 PANDORA AVENUE | | | KITCHENER | ON | N2H 3E5 | CANADA |
| ELLISDON HITT JV | 1004 MIDDLEGATE ROAD | STE 1000 | | MISSISSAUGA | ON | N6A 4M6 | CANADA |
| OFFICE OF THE UNITED STATES TRUSTEE | ATTN DANIEL M MCDERMOTT | REGION 9 | 201 SUPERIOR AVE. E, STE 441 | CLEVELAND | OH | 44114 | |
| OHIO DEPARTMENT OF JOB AND FAMILY SVCS | 30 E. BROAD STREET, 32ND FLOOR | | | COLUMBUS | OH | 43215 | |
| OHIO DEPARTMENT OF JOB AND FAMILY SVCS | REVENUE RECOVERY | PO BOX 182404 | | COLUMBUS | OH | 43218 | |
| OHIO DEPARTMENT OF TAXATION | PO BOX 16560 | | | COLUMBUS | OH | 43216 | |
| OHIO DEPARTMENT OF TAXATION | STATE INCOME TAX | | | COLUMBUS | OH | 43215 | |
| SECRETARY OF STATE | ATTN JON HUSTED | OHIO SECRETARY OF STATE | 180 EAST BROAD STREET, 16TH FL | COLUMBUS | OH | 43215 | |
| SECRETARY OF TREASURY | ATTN JOSH MANDEL | STATE TREASURER OF OHIO | 30 E BROAD STREET 9TH FLOOR | COLUMBUS | OH | 43215 | |
| TREASURER, STATE OF OHIO | PO BOX 15278 | 30 BROAD STREET, 21ST FLOOR | | COLUMBUS | OH | 43215 | |
| UNITED STATES ATTORNEY'S OFFICE | ATTN BANKRUPTCY SECTION | CARL B. STOKES U.S. COURT HOUSE | 801 WEST SUPERIOR AVE., STE 400 | CLEVELAND | OH | 44113 | |
| URBACON | 80 VIA RENZO DRIVE | | | RICHMOND HILLS | ON | L4S 0J4 | CANADA |
| US DEPARTMENT OF JUSTICE | ATTN CIVIL DIVISION | 950 PENNSYLVANIA AVE, NW | | WASHINGTON | DC | 20530 | |

# EXHIBIT H

{3613890:}

Exhibit H

Curtis Tuggle:  Curtis.Tuggle@thompsonhine.com

Steven Block: block@bgvllp.com

Maria Giannirakis: Maria.D.Giannirakis@usdoj.gov

Steven Block: block@bgvllp.com

Frank Watson: frank@ftw-law.com

Jeffrey Hendricks: jhendricks@graydon.law

# EXHIBIT I

{3613890:}

| NAME | ADDRESS1 | ADDRESS2 | ADDRESS3 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|
| U.S. Bank Equipment Finance | 1310 Madrid Street | | | Marshall | MN | 56258 | |
| KeyBank National Association | 4910 Tiedemann Road | P.O. Box 6899 | | Brooklyn | OH | 44144 | |
| KeyBank National Association | 127 Public Square | Key Center | | Cleveland | OH | 44114 | |
| Key Equipment Finance Inc. | 1000 South McCaslin Blvd. | | | Superior | CO | 80027 | |
| NEMG Financial Services, Inc. | P.O. Box 35701 | | | Billings | MT | 59107 | |
| PNC Equipment Finance | 995 Dalton Avenue | | | Cincinnati | OH | 45203 | |
| OHIO DEPARTMENT OF JOB AND FAMILY SERVICES | 30 E. BROAD STREET, 32ND FLOOR | | | COLUMBUS | OH | 43215 | |
| OHIO DEPARTMENT OF JOB AND FAMILY SERVICES | REVENUE RECOVERY | PO BOX 182404 | | COLUMBUS | OH | 43218 | |
| OHIO DEPARTMENT OF TAXATION | PO BOX 16560 | | | COLUMBUS | OH | 43216 | |
| OHIO DEPARTMENT OF TAXATION | STATE INCOME TAX | | | COLUMBUS | OH | 43215 | |
| TREASURER, STATE OF OHIO | PO BOX 15278 | 30 BROAD STREET, 21ST FLOOR | | COLUMBUS | OH | 43215 | |
| UNITED STATES ATTORNEY'S OFFICE | ATTN BANKRUPTCY SECTION | CARL B. STOKES UNITED STATES COURT HOUSE | 801 WEST SUPERIOR AVENUE, SUITE 400 | CLEVELAND | OH | 44113 | |
| US DEPARTMENT OF JUSTICE | ATTN: CIVIL DIVISION | 950 PENNSYLVANIA AVE, NW | | WASHINGTON | DC | 20530 | |
| SECRETARY OF STATE | ATTN JON HUSTED | OHIO SECRETARY OF STATE | 180 EAST BROAD STREET, 16TH FLOOR | COLUMBUS | OH | 43215 | |
| SECRETARY OF TREASURY | ATTN JOSH MANDEL | STATE TREASURER OF OHIO | 30 E BROAD STREET 9TH FLOOR | COLUMBUS | OH | 43215 | |
| OFFICE OF THE UNITED STATES TRUSTEE | ATTN DANIEL M.MCDERMOTT | REGION 9 | 201 SUPERIOR AVENUE EAST SUITE 441 | CLEVELAND | OH | 44114 | |
| ATTORNEY GENERAL OF THE UNITED STATES | MAIN JUSTICE BUILDING | 10TH & CONSTITUTION AVENUE, N.W. | | WASHINGTON | DC | 20530 | |
| ATTORNEY GENERAL OF THE UNITED STATES | U.S. DEPARTMENT OF JUSTICE TAX DIVISION | CIVIL TRIAL SECTION, NORTHERN REGION | P.O. BOX 55, BEN FRANKLIN STATION | WASHINGTON | DC | 20044 | |
| AMER CUNNINGHAM CO LPA | ATTN RICHARD P SCHROETER JR ESQ | 159 SOUTH MAIN STREET | SUITE 1100 | AKRON | OH | 44308 | |
| A. MALACHI MIXON III | 3105 TOPPING LANE | | | HUNTING VALLE | OH | 44022 | |
| WILLIAM A. WEBER | 3200 ROUNDWOOD DRIVE | | | CHAGRIN FALLS | OH | 44022 | |
| WILLIAM H. WEBER | 100 WEST SUMMIT | | | CHAGRIN FALLS | OH | 44022 | |
| JULIE D. WEBER | 995 CLAY STREET | | | ASHLAND | OR | 97520 | |
| KATHRYN W. WHITE | 77 WEST COTTAGE | | | CHAGRIN HTS | OH | 07920 | |
| ELIZABETH A. MIXON | 19 HEATH DRIVE | | | BASKING RIDGE | NJ | | |
| A. MALACHI MIXON IV | 1795 NORTH PARK LANE | | | CLEVELAND HTS | OH | 44118 | |
| MARTIN F. ELLIS | 3482 RICHMOND ROAD | | | HUNTING VALLE | OH | 44022 | |
| MARK E. MANSOUR | 15465 RIDDLE ROAD | | | CHAGRIN FALLS | OH | 44022 | |
| JOSEPH E. MIKETO | 18910 STATION ROAD | | | COLUMBIA STAT | OH | 44028 | |
| CURTIS L. TUGGLE, PARTNER | THOMPSON HINE LLP | 3900 KEY CENTER | 127 PUBLIC SQ | CLEVELAND | OH | 44114 | |
| Steven R. Block | Sterling Plaza | 5949 Sherry Lane, Suite 900 | | DALLAS | TX | 75225 | |
| KYOTOCOOLING NORTH AMERICA LLC | ATTN: JOHN DROSSOS | 2651 NORTH HARWOOD | STE 360 | DALLAS | TX | 75201 | |
| CAPITOL POWER SERVICE LLC | 20165 EXCHANGE STREET | | | ASHBURN | VA | 20147 | |
| RAE CORPORATION | P.O. BOX 1206 | | | PRYOR | OK | 74362-1206 | |
| TSS TECHNOLOGIES INC. | 8800 GLOBAL WAY | | | WEST CHESTER | OH | 45069 | |
| BROCK SOLUTIONS U.S. INC. | 88 ARDELT AVE | | | KITCHENER | ON | NC2 2C9 | CANADA |
| ABOVE AIR TECHNOLOGIES LLC | 5179 MOUNTVILLE RD | | | FREDERICK | MD | 21703 | |
| STARR MANUFACTURING INC. | 4175 WARREN SHARON RD | | | VIENNA | OH | 44473-9524 | |
| ZIEHL-ABEGG | P.O. BOX 19971 | | | GREENSBORO | NC | 27419 | |
| HDT TACTICAL SYSTEMS INC. | 30525 AURORA ROAD | | | SOLON | OH | 44139 | |
| LANDSTAR RANGER, INC. | P.O. BOX 784293 | | | PHILADELPHIA | PA | 19178-4293 | |
| MAKSAM METALFAB | 1870 ENTERPRISE PKWY | | | TWINSBURG | OH | 44087 | |
| COMPLETE ACCESS | 1345 RYAN ROAD | | | BUCKLEY | WA | 98321 | |
| COLMASTER CORPORATION | P.O. BOX 1764 | | | MEMPHIS | TN | 38101 | |
| WEAVER FAB & FINISHING | 1100 HOME AVE | | | AKRON | OH | 44310 | |
| AMERICAN EXPRESS | P.O. BOX 1270 | | | NEWARK | NJ | 07101-1270 | |
| TALLMADGE SPINNING & METAL | P.O. BOX 58 | | | TALLMADGE | OH | 44278-0058 | |
| SHEET METAL PRODUCTS CO | 5950 PINECONE DR | | | MENTOR | OH | 44060 | |
| AEROTEK INC | 7301 PARKWAY DR | | | HANOVER | MD | 21076 | |
| MODERN NIAGARA HVAC SERVICES INC. | 695 FLINT RD | | | TORONTO | ON | M3J 2T7 | CANADA |
| CEC FACILITIES GROUP LLC | P.O. BOX 155039 | | | FORT WORTH | TX | 76155 | |

| NAME | ADDRESS1 | ADDRESS2 | ADDRESS3 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|
| ATTORNEY GENERAL OF THE UNITED STATES | MAIN JUSTICE BUILDING | 10TH & CONSTITUTION AVENUE, N.W. | | WASHINGTON | DC | 20530 | |
| ATTORNEY GENERAL OF THE UNITED STATES | U.S. DEPARTMENT OF JUSTICE TAX DIV | CIVIL TRIAL SECTION, NORTHERN REGION | P.O. BOX 55, BEN FRANKLIN STATION | WASHINGTON | DC | 20044 | |
| CHRIS FULTON | 215 PANDORA AVENUE | | | KITCHENER | ON | N2H 3E5 | CANADA |
| ELLISON HITT JV | 1004 MIDDLEGATE ROAD | STE 1000 | | MISSISSAUGA | ON | N6A 4M6 | CANADA |
| OFFICE OF THE UNITED STATES TRUSTEE | ATTN DANIEL M MCDERMOTT | REGION 9 | 201 SUPERIOR AVE. E, STE 441 | CLEVELAND | OH | 44114 | |
| OHIO DEPARTMENT OF JOB AND FAMILY SVCS | 30 E. BROAD STREET, 32ND FLOOR | | | COLUMBUS | OH | 43215 | |
| OHIO DEPARTMENT OF JOB AND FAMILY SVCS | REVENUE RECOVERY | PO BOX 182404 | | COLUMBUS | OH | 43218 | |
| OHIO DEPARTMENT OF TAXATION | PO BOX 16560 | | | COLUMBUS | OH | 43216 | |
| OHIO DEPARTMENT OF TAXATION | STATE INCOME TAX | | | COLUMBUS | OH | 43215 | |
| SECRETARY OF STATE | ATTN JON HUSTED | 30 BROAD STREET, 21ST FLOOR | 180 EAST BROAD STREET, 16TH FL | COLUMBUS | OH | 43215 | |
| SECRETARY OF STATE | | OHIO SECRETARY OF STATE | 30 E BROAD STREET 9TH FLOOR | COLUMBUS | OH | 43215 | |
| SECRETARY OF TREASURY | ATTN JOSH MANDEL | STATE TREASURER OF OHIO | | COLUMBUS | OH | 43215 | |
| TREASURER, STATE OF OHIO | PO BOX 15278 | | | COLUMBUS | OH | 43215 | |
| UNITED STATES ATTORNEY'S OFFICE | ATTN BANKRUPTCY SECTION | CARL B. STOKES U.S. COURT HOUSE | 801 WEST SUPERIOR AVE., STE 400 | CLEVELAND | OH | 44113 | |
| URBACON | 80 VIA RENZO DRIVE | | | RICHMOND HILLS | ON | L4S 0B4 | CANADA |
| US DEPARTMENT OF JUSTICE | ATTN CIVIL DIVISION | 950 PENNSYLVANIA AVE, NW | | WASHINGTON | DC | 20530 | |

# EXHIBIT J

{3613890:}

Exhibit J

John Allerding: John.Allerding@ThompsonHine.com

Curtis Tuggle:  Curtis.Tuggle@thompsonhine.com

Jeffrey Hendricks: jhendricks@graydon.law

Maria Giannirakis: Maria.D.Giannirakis@usdoj.gov

Steven Block: block@bgvllp.com

Frank Watson: frank@ftw-law.com

Richard Szekelyi: rszekelyi@phoenixmanagement.com

Jeffrey Embleton: JEmbleton@mggmlpa.com