In re:                                                                   Case No. 17-52170-amk
Data Cooling Technologies LLC                                            Chapter 11
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0647-5    User: spete    Page 1 of 1    Date Rcvd: Sep 11, 2017
                        Form ID: pdf755    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 13, 2017.
db        +Data Cooling Technologies LLC,   1777 Miller Parkway,   Streetsboro, OH 44241-4634

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                              TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 13, 2017                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 8, 2017 at the address(es) listed below:
        Sean D. Malloy   on behalf of Debtor   Data Cooling Technologies LLC smalloy@mcdonaldhopkins.com, bkfilings@mcdonaldhopkins.com;tmathews@mcdonaldhopkins.com
                                                                                                                                                             TOTAL: 1

**This document was signed electronically on September 8, 2017, which may be different from its entry on the record.**

IT IS SO ORDERED.

Dated: September 8, 2017



ALAN M. KOSCHIK
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| DATA COOLING TECHNOLOGIES LLC, ) | |
| *et al.*,[1] ) | Case Nos. 17-52170 and 17-52177 |
| ) | (Request for Joint Administration |
| Debtors. ) | Pending) |
| ) | |
| ) | Judge Koschik |

### ORDER SCHEDULING EXPEDITED HEARING TO CONSIDER FIRST DAY MOTIONS AND APPROVING FORM AND MANNER OF NOTICE

This matter coming before the Court on the Motion of Debtors for an Order Scheduling Expedited Hearing to Consider Certain First Day Motions and Approving Notice Thereof, Docket No. 12 (the "Motion"), filed by the above-captioned debtors and debtors in possession

---

[1] The Debtors and the last four digits of each of the Debtors' tax identification numbers following in parentheses are: Data Cooling Technologies LLC (3425); and Data Cooling Technologies Canada LLC (3172).

{6904692:3}  2

(collectively, the "Debtors"). The Court having reviewed the Motion; the Court finding that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334 and reference from the District Court for the Northern District of Ohio pursuant to 28 U.S.C. § 157; (b) this proceeding is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); (c) venue of the Debtors' chapter 11 cases and the Motion is proper under 28 U.S.C. §§ 1408 and 1409; (d) service and notice of the Motion was sufficient under the circumstances; and (e) the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and it appearing that due and sufficient notice of the Motion having been given; and after due deliberation and cause appearing therefore;

**IT IS HEREBY ORDERED THAT:**

1. The Motion shall be, and hereby is, GRANTED.

2. Capitalized terms used but not defined herein shall have the same meanings given to them in the Motion.

3. The Debtors shall serve the Notice, in the form and manner described in the Motion, upon the Notice Parties immediately upon entry of this Order.

4. The Debtors shall serve each First Day Motion, in the manner described in the Motion, immediately upon entry of this Order.

5. The expedited First Day Hearing on the First Day Motions is hereby set for **September 12, 2017, at 2:30 p.m. (prevailing Eastern Time),** at the United States Bankruptcy Court for the Northern District of Ohio, Eastern Division, at Akron, the John F. Seiberling Federal Building & U.S. Courthouse, 2 South Main Street, Akron, Ohio 44308.

6. This Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

### #