UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

In re: )
) Chapter 11
**Data Cooling Technologies LLC,** *et al.,* )
) Case No. 17-52170 (AMK)
) (Jointly Administered
)
Debtors ) Judge Alan M. Koschik

## APPOINTMENT OF COMMITTEE OF UNSECURED CREDITORS

Pursuant to section 1102(a) of the Bankruptcy Code, the following creditors of the above-named debtor, being among those holding the largest unsecured claims and who are willing to serve, are appointed to the committee of unsecured creditors:

**STARR MANUFACTURING, INC.**
c/o Andreas Foerster
4175 Warren Sharon Road
Vienna, OH   44473
(330) 394-9891 x1103 Phone
(330) 394-9890 Fax

**ZIEHL-ABEGG, INC.**
c/o Gregg W. Schmidt
719 N. Regional Road
Greensboro, NC   27409
(336) 834-9339 Phone
(336) 834-9340 Fax

**HDT EXPEDITIONARY SYSTEMS, INC.**
c/o Rita A. Thomas
30500 Aurora Road, Suite 100
Solon, OH 44139
(216) 438-6165 Phone
(440) 248-1691Fax

**COMPLETE ACCESS CO.**
c/o Nick J. Vizzare
1345 Ryan Road
Buckley, WA 98321
(360) 829-4220 Phone
(360) 829-2221

**THE SHEET METAL PRODUCTS, CO, INC.**
c/o John Brokalo
5950 Pinecone Dr.
Mentor, Ohio 44060
(440) 392-9000 Phone
(440) 392-0000 Fax

Respectfully Submitted,
Daniel M. McDermott
United States Trustee, Region 9

By: */s/ Maria D. Giannirakis*
Maria D. Giannirakis
Trial Attorney
Office of the U.S. Trustee
(216) 522-7800 ext. 222

cc: Committee Members
Attorney for the Debtor(s)