# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO
### AKRON DIVISION

In re:

DATA COOLING TECHNOLOGIES LLC,
et al.,

Debtors.

CASE NO.  17-52170

JUDGE ALAN M. KOSCHIK

## OBJECTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO THE MOTION OF DEBTORS FOR INTERIM AND FINAL ORDERS APPROVING (I) USE OF CASH COLLATERAL AND (II) PROVIDING ADEQUATE PROTECTION

The Official Committee of Unsecured Creditors (the "Committee"), through their undersigned attorney, hereby objects (the "Objection") to the Motion of the Debtors for Interim and Final Orders Approving (I) Use of Cash Collateral and (II) Providing Adequate Protection, Docket 10 (the "Cash Collateral Motion"), Docket 10, filed by the above-captioned debtors (the "Debtors").

This Objection is filed as a placeholder.  The Committee was appointed on September 20, 2017 and had its first meeting September 21, 2017.  The afternoon of September 22, 2017, the Committee interviewed potential candidates to serve as Committee counsel.  It was not until mid-day, September 22, 2017, that the Committee first learned that the deadline for objecting to the Cash Collateral Motion is 4:00pm, September 22, 2017.  Counsel for the Committee has not had the opportunity to discuss potential revisions to the final cash collateral order with counsel for KeyBank and the Debtors.  The Debtors and KeyBank have agreed to extend the Committee's deadline for objecting to the Motion until September 25, 2017, at 2:00pm.  Accordingly, the Committee files this Objection to reserve its rights and intends to file a supplemental Objection, with additional detail, if necessary, on or before September 25, 2017.

Dated: September 22, 2017

Respectfully submitted,

*/s/ Sherri L. Dahl*
Sherri L. Dahl (0073621)
DAHL LAW LLC
12415 Coit Road
Bratenahl, Ohio 44108
SDahl@DahlLawLLC.com
Tel: 216.235.6871
Fax: 216.373.6963
*Proposed Counsel for The Official
Committee of Unsecured Creditors*