# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| DATA COOLING TECHNOLOGIES LLC, ) | |
| *et al.*,[1] ) | Case Nos. 17-52170 and 17-52177 |
| ) | (Jointly Administered) |
| Debtors. ) | |
| ) | Judge Koschik |
| ) | |

## NOTICE OF CLOSING OF SALE OF THE DATA COOLING ASSETS TO KYOTOCOOLING NORTH AMERICA, LLC

PLEASE TAKE NOTICE OF THE FOLLOWING:

1. On November 9, 2017, Data Cooling Technologies LLC ("DCT"), one of the above-captioned debtors and debtors in possession, filed the Motion of Data Cooling Technologies LLC for an Order (a) Authorizing the Sale of the Data Cooling Assets Free and Clear of All Liens, Claims, Encumbrances and Interests; (b) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; (c) Approving Expense Reimbursement; (d) Approving Settlement and Release of Claims with KyotoCooling North America LLC; and (e) Granting Related Relief, Docket No. 162 (the "Sale Motion"), to approve the sale of the Data Cooling Assets (as defined in the Sale Motion) to KyotoCooling North America, LLC ("KCNA") and approve a settlement with KCNA.

2. The Court held a hearing to consider the Sale Motion on November 28, 2017.

3. On November 30, 2017, the Court entered the Order (a) Authorizing the Sale of the Data Cooling Assets Free and Clear of All Liens, Claims, Encumbrances and Interests; (b) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; (c) Approving Expense Reimbursement; (d) Approving Settlement and Release of

---

[1] The Debtors and the last four digits of each of the Debtors' tax identification numbers following in parentheses are: Data Cooling Technologies LLC (3425); and Data Cooling Technologies Canada LLC (3172).

{7104023: }

Claims with KyotoCooling North America LLC; and (e) Granting Related Relief, Docket No. 211, which approved the sale of the Data Cooling Assets to KCNA (the "Sale Order").

4. On November 30, 2017, DCT and KCNA closed the sale of the Data Cooling Assets in accordance with the provisions of the Sale Order.

December 5, 2017

Respectfully submitted,

/s/ Sean D. Malloy
Sean D. Malloy (0073157)
Michael J. Kaczka (0076548)
Maria G. Carr (0092412)
McDONALD HOPKINS LLC
600 Superior Avenue, E., Suite 2100
Cleveland, OH 44114
Telephone: (216) 348-5400
Facsimile: (216) 348-5474
E-mail: smalloy@mcdonaldhopkins.com
mkaczka@mcdonaldhopkins.com
mcarr@mcdonaldhopkins.com

COUNSEL FOR DEBTORS
AND DEBTORS IN POSSESSION