UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| DATA COOLING TECHNOLOGIES LLC, ) | |
| *et al.*,[1] ) | Case Nos. 17-52170 and 17-52177 |
| ) | (Jointly Administered) |
| Debtors. ) | |
| ) | Judge Koschik |
| ) | |

**NOTICE OF HEARING ON MOTION OF DATA COOLING TECHNOLOGIES LLC FOR AN ORDER (A) AUTHORIZING DATA COOLING TECHNOLOGIES LLC TO SELL ITS MEMBERSHIP INTEREST IN ARBORWEAR LLC FREE AND CLEAR OF ALL LIENS, CLAIMS, ENCUMBRANCES, AND INTERESTS; AND (B) GRANTING RELATED RELIEF**

**PLEASE TAKE NOTICE THAT**, on December 19, 2017, Data Cooling Technologies LLC, one of the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed the Motion of Data Cooling Technologies LLC for an Order (a) Authorizing Data Cooling Technologies LLC to Sell Its Membership Interest in Arborwear LLC Free and Clear of All Liens, Claims, Encumbrances and Interests; and (b) Granting Related Relief, Docket No. 227 (the "Arborwear Motion").

**Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.

If you do not want the Court to grant the relief requested in the Arborwear Motion, or if you want the Court to consider your views on the Arborwear Motion, then on or before **January 12, 2018**, you or your attorney must:

1. File an objection or a response, explaining your position, at the following address:

    Clerk of Courts
    U.S. Bankruptcy Court
    John F. Seiberling Federal Building and U.S. Courthouse
    2 South Main Street
    Akron, Ohio 44308

If you mail your response to the Court for filing, you must mail it early enough so the

---

[1] The Debtors and the last four digits of each of the Debtors' tax identification numbers following in parentheses are: Data Cooling Technologies LLC (3425); and Data Cooling Technologies Canada LLC (3172).

Court will **receive** it on or before the date stated above.

    2.    Mail a copy of your response to:

>  Sean D. Malloy, Esq.
>  Michael J. Kaczka, Esq.
>  Maria G. Carr, Esq.
>  McDonald Hopkins LLC
>  600 Superior Avenue, E., Suite 2100
>  Cleveland, OH 44114

    3.    If an objection is filed and served in the manner described above, a hearing on the Arborwear Motion will be held on **January 16, 2018 at 2:00 p.m. (prevailing Eastern Time)** before the Honorable Alan M. Koschik, at the United States Bankruptcy Court for the Northern District of Ohio, John F. Seiberling Federal Building and U.S. Courthouse, 2 South Main Street, Akron, Ohio 44308. The hearing may be adjourned by the Court from time to time without further notice.

    4.    If no objection is filed and served in the manner described above, the Court may grant the relief requested in the Arborwear Motion without further notice or a hearing.

December 19, 2017

Respectfully submitted,

/s/ Sean D. Malloy
Sean D. Malloy (0073157)
Michael J. Kaczka (0076548)
Maria G. Carr (0092412)
McDONALD HOPKINS LLC
600 Superior Avenue, E., Suite 2100
Cleveland, OH 44114
Telephone: (216) 348-5400
Facsimile: (216) 348-5474
E-mail: smalloy@mcdonaldhopkins.com
mkaczka@mcdonaldhopkins.com
mcarr@mcdonaldhopkins.com

COUNSEL FOR DEBTORS
AND DEBTORS IN POSSESSION

{7132697: }　　　　2

17-52170-amk    Doc 228    FILED 12/19/17    ENTERED 12/19/17 16:28:29    Page 2 of 2